STATE of Missouri, Respondent,

v.

Delores K. CORBIN, Appellant.

No. WD 38347.

Missouri Court of Appeals, Western District.

Feb. 10, 1987.

Daniel Linus Chadwick, Hamilton, for appellant.

William L. Webster, Atty. Gen., Elizabeth A. Levin, Asst. Atty. Gen., Jefferson City, for respondent.

Before TURNAGE, P.J., and SHANGLER and LOWENSTEIN, JJ.

## ORDER

PER CURIAM:

Appeal from conviction of selling lysergic acid diethylamide, § 195.020 RSMo 1986, and sentence of fifteen years' imprisonment.

Affirmed. Rule 30.25(b).